PER CURIAM.

Michael Miguel Cowles seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Cowles*, Nos. CR–98–9; CA–00–87–4 (E.D.Va. Sept. 8, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

PER CURIAM.

Bennie David Jones, Jr., seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Jones v. Pickelsimer*, No. CA–98–9–3–MU–1 (W.D.N.C. filed Aug. 10, 2000; entered Aug. 15, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

**Bennie David JONES, Jr.,
Petitioner–Appellant,**

v.

**Joseph P. PICKELSIMER,
Respondent–Appellee.**

No. 00–7452.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 11, 2001.

Decided Jan. 17, 2001.

Bennie David Jones, Jr., pro se. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, NC, for appellee.

**NEWPORT NEWS SHIPBUILDING
AND DRY DOCK COMPANY,
Petitioner,**

v.

**Von PATRICK; Director, Office of Workers' Compensation Programs, United States Department of Labor, Respondents.**

No. 00–1735.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 29, 2000.

Decided Jan. 18, 2001.